UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

25CR 38 SRN/DLM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 853 |
| | ) | |
| RAYMUNDO OLALDE-NIEVES, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Conspiracy to Distribute Methamphetamine)

On or about August 22, 2024, in the State and District of Minnesota, the defendant,

**RAYMUNDO OLALDE-NIEVES,**

did unlawfully, knowingly and intentionally conspire with others known and unknown to the grand jury to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

**COUNT 2**
(Possession with the Intent to Distribute Methamphetamine)

On or about August 22, 2024, in the State and District of Minnesota, the defendant,

**RAYMUNDO OLALDE-NIEVES,**

did unlawfully, knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine,

SCANNED
FEB 12 2025 LT
U.S. DISTRICT COURT MPLS

a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**FORFEITURE ALLEGATION**

If convicted of any of either of Counts 1 or 2 of this Indictment, the defendant,

**RAYMUNDO OLALDE-NIEVES,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of each such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of each such violation. If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property under Title 21, United States Code, Section 853(p).

A TRUE BILL

ACTING UNITED STATES ATTORNEY

FOREPERSON