AO 442 (Rev. 11/11) Arrest Warrant

REC'D U.S. MARSHAL MPLS
FEB 13 '25 AM 7:38

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

United States of America
v.
Raymundo Olalde-Nieves

*Defendant*

Case No. CR 25-38 SRN/DLM

RECEIVED
MAR 20 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Raymundo Olalde-Nieves,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment Superseding Indictment Information Superseding Information Complaint
Probation Violation Petition Supervised Release Violation Petition Violation Notice Order of the Court
Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Conspiracy to Distribute Methamphetamine 21:841(a)(1), 841(b)(1)(A), and 846
Count 2: Possession with the Intent to Distribute Methamphetamine 21:841(a)(1) and 841(b)(1)(A)

SCANNED
MAR 20 2025
U.S. DISTRICT COURT MPLS

Date: 02/12/2025

Kate M. Fogarty
*Issuing officer's signature*

City and state: Minneapolis, Minnesota

Kate M. Fogarty, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________ at *(city and state)* ________.

Date: ________

ARRESTED ON 3/14/2025
ARRESTED BY DEA
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ________

*Arresting officer's signature*

*Printed name and title*