UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>RAYMUNDO OLALDE-NIEVES,<br>Defendant. | 0:25-CR-38 (SRN/DLM)<br><br>RESPONSE TO JURY NOTE #1 |

I received a note signed by your foreperson that reads as follows:

Dear Judge Nelson,

We're going to need some additional time. We won't come to a resolution by 5:00 pm today.

**RESPONSE**

Thank you for the update. You are excused at 5:00 pm today and will return to deliberate at 8:30 am tomorrow morning.

BY THE COURT:

Susan Richard Nelson

SUSAN RICHARD NELSON
UNITED STATES DISTRICT JUDGE

SCANNED
SEP 24 2026 LK
U.S. DISTRICT COURT ST. PAUL